**Motion for Rehearing Granted, Memorandum Opinion filed June 19, 2012, Withdrawn, Appeal Reinstated, and Order filed August 23, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00783-CV

———————

## JASON FELT, CANARY FINANCIAL, INC., JONATHAN WASSSERBERG, AND WASSERBERG INVESTMENTS, Appellants

### V.

## COMERICA BANK, Appellee

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-50665**

---

### ORDER

On June 19, 2012, this court issued an opinion dismissing this appeal. On June 21, 2012, appellants filed a motion for rehearing. Appellee filed a response. The motion is **GRANTED**.

This court's opinion filed June 19, 2012, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

Appellants' brief is due thirty days from the date of this order.

PER CURIAM

Panel consists of Chief Justices Hedge and Justices Seymore and Brown.